UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

*FILED ELECTRONICALLY*

| | |
|---|---|
| MICHAEL L. BURGESS, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-136-GNS |
| | ) |
| LIFE INSURANCE | ) |
| COMPANY OF NORTH AMERICA, | ) |
| | ) |
| DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Michael L. Burgess, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

/s/Timothy E. Geertz (by DAC with permission)   /s/David A. Calhoun
Timothy E. Geertz                                David A. Calhoun
Law Offices of Timothy E. Geertz                 Mitzi D. Wyrick
2333 Alexandria Drive                            WYATT, TARRANT & COMBS, LLP
Lexington, KY 40504                              500 West Jefferson Street, suite 2800
tim@geertzlaw.com                                Louisville, Kentucky  40202-2898
***Attorney for Plaintiff, Michael L. Burgess***  dcalhoun@wyattfirm.com
                                                 mitziwyrick@wyattfirm.com
                                                 ***Counsel for Defendant, Life Insurance Company of North America***

61807724.1

Greg N. Stivers, Chief Judge
United States District Court

February 4, 2019